# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 21, 2023

## NO. 03-23-00734-CV

**Luan Duy Nguyen, Individually and as Trustee for the Luan Duy Nguyen Revocable Management Trust and as Trustee for the Doan-Nghiem Thi Nguyen Revocable Management Trust, Appellant**

**v.**

**Rufina Hemmasi, and David Hemmasi, as Executor for the Estate of Majid Hemmasi, Deceased, d/b/a DRFM Investment, Appellees**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on September 28, 2023. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.